UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DEBORAH L. STAPLETON,**

    **Plaintiff,**

v.

    Civil Action 2:09-cv-01079
    Judge Peter C. Economus
    Magistrate Judge E. A. Preston Deavers

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This matter is before the Court for consideration of the January 18, 2011 Report and Recommendation of the Magistrate Judge (ECF No. 25). The Magistrate Judge recommended that the Court remand this case to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation.

The Report and Recommendation of the Magistrate Judge specifically advises parties that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report and Recommendation 22, ECF No. 25.) The time period for filing objections to the Report and Recommendation has expired. Defendant has not objected to the Report and Recommendation.

The Court reviewed the Report and Recommendation of United States Magistrate Judge Elizabeth A. Preston Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b).

Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge.  Accordingly, the Court **REMANDS** this case to the Commissioner of Social Security for further proceedings consistent with the January 18, 2011 Report and Recommendation.

  **IT IS SO ORDERED.**

              **/s/ Peter C. Economus  - February 7, 2011**
              **UNITED STATES DISTRICT JUDGE**